UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-00334 JVS (RNBx) | Date | January 8, 2016 |
| Title | Continuum International Art Holdings v. The 2012 Scott Ifversen Revocable Trust, et al. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)**
**Order to Show Cause for Failure to Comply with Local Rule 7-3**

    IT IS ORDERED that Counsel for Defendant and Cross-Defendant Henry J. O'Connor and Third-Party Defendant The Ronocco Defined Benefit Pension Plan Eric B. Strongin and Counsel for Cross-Claimants and Third-Party Complainants The 2012 Scott Ifversen Revocable Family Trust, Don Lewis as Trustee, and Don Lewis Diane L. Mancinelli shall show cause before the Honorable Judge James V. Selna of the United States District Court for the Central District of California located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10C, Santa Ana, California on Wednesday, January 13, 2016 at 8:00am why sanctions should not issue for failing to comply with Local Rule 7-3 before filing the Motion to Dismiss Cross-Complaint, Docket No. 101, and Motion to Dismiss Third-Party Complaint, Docket No. 114, and for failing to accurately state the parties' compliance with Local Rule 7-3.

    IT IS FURTHER ORDERED that both Mr. Strongin and Ms. Mancinelli are to personally appear at the Order to Show Cause hearing.

    IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | | 0 | : 00 |
| | Initials of Preparer | kjt | |